JOHN HIGGINS, Respondent, *v.* JOHN CAMERON et al., Appellants.

(Argued April 23, 1886; decided June 1, 1886.)

*Allen McDonald* for appellants.

*John W. Covert* and *John J. Gleason* for respondent.

Agree to affirm; no opinion
All concur.
Judgment affirmed.

---

JAMES J. COWDREY, Respondent, *v.* SAMUEL KEEFER et al., Appellants.

(Argued April 23, 1886; decided June 1, 1886.)

*William B. Tullis* for appellants.

*William J. Marrin* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

ELIAS Q. HORTON, Respondent, *v.* COFFIN S. BROWN, as Executor, etc., Appellant.

(Argued April 23, 1886; decided June 1, 1886.)

*Samuel Hand* for appellant.

*Nathaniel C. Moak* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.